963 A.2d 903

**Rene ORTIZ, Petitioner**

v.

**CLERK OF QUARTER SESSIONS @ [SIC] PHILADELPHIA COUNTY, et al., Respondents.**

**No. 151 EM 2008.**

Supreme Court of Pennsylvania.

Dec. 17, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**